United States District Court
Southern District of Texas
**ENTERED**
June 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ADRIANA MARIA CORREA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:17-CV-89 |
| § | |
| NATIONWIDE MUTUAL INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Having considered the Stipulation of Dismissal filed by Plaintiff Adrian Correa and Defendant Nationwide Mutual Insurance Company, (Dkt. No. 16), the Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that all claims and causes of action that Plaintiff has asserted and/or could have asserted against Defendant Nationwide Mutual Insurance Company in this lawsuit are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

SO ORDERED this 6th day of June, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge